OPINION — AG — QUESTION: "ARE FUNDS OF THE STATE BOARD OF PHARMACY WHICH ARE DEPOSITED IN ITS BANK ACCOUNT IN EXCESS OF THE AMOUNT INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION REQUIRED TO BE SECURED BY PROPER COLLATERAL IN ACCORDANCE WITH 62 O.S. 1961 511 [62-511]?" — 62 O.S. 1961 511 [62-511] HAS NO APPLICATION TO FUNDS OF THE STATE BOARD OF PHARMACY WHICH ARE DEPOSITED IN ITS BANK ACCOUNT. CITE: 59 O.S. 1961 353.8 [59-353.8] (JAMES FUNSON)